IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF KLAMATH

JOHN GILLMAN and BEN DEVRIES,

Plaintiffs,

v.

BOSTON SCIENTIFIC CORPORATION, a Massachusetts corporation, and DOE 1,

Defendants.

Case No. 11-01195 CV ~~CV~~

**COMPLAINT FOR DAMAGES**

1. **Products Liability**
2. **Negligence**
3. **Loss of Consortium**
4. **Breach of Implied Warranty**
5. **Breach of Express Warranty**
6. **Negligent Misrepresentation**
7. **Failure to Warn**

NOT SUBJECT TO MANDATORY ARBITRATION

Amount of Prayer: $2,750,000.00

Plaintiffs, JOHN GILLMAN and BEN DEVRIES, complain of defendants, BOSTON SCIENTIFIC CORPORATION, a Massachusetts corporation, and DOE 1, and each of them, and for Causes of Action and allege as follows:

1. The true names, capacities, or involvement, whether individual, corporate, governmental, or associate of the defendant named herein as DOE, is unknown to plaintiffs, who therefore sues said defendant by such fictitious name. Plaintiffs pray leave to amend this complaint to show their true name and capacity, when the same have been finally determined. Plaintiffs are informed and believe, and upon such information and belief, allege, that each of the defendant designated herein as DOE is negligently or otherwise legally responsible in some manner for the events and happenings herein referred to, and negligently or otherwise caused injury and damages legally thereby to plaintiffs as is hereinafter alleged.

2. Plaintiffs are now citizens of and residents within the State of Oregon.

**Law Offices of Melinda M. Brown**
**419 Main St. · Klamath Falls, OR 97601**
**Phone: (541) 884-4100 · Fax: (541) 884-4600**
**attorneybrown@aol.com**

3. At all times material, defendants BOSTON SCIENTIFIC CORPORATION is a corporation organized and existing under the laws of the State of Delaware and the State of Massachusetts, with its principal place of business in Natick, Massachusetts. BOSTON SCIENTIFIC CORPORATION has done and is doing business in Oregon and may be served by delivering a summons and copy of the complaint to its Registered Agent, Corporation Service Company, 285 Liberty Street N.E., Salem, OR 97301 or its President, J. Raymond Elliott, One Boston Scientific Place, Natick, Massachusetts 01760, or any other officer or managing agent at such address.

4. At all times material herein, BOSTON SCIENTIFIC CORPORATION includes any and all parents, subsidiaries, affiliates, divisions, franchises, partners, joint venturers, and organizational units of any kind, their predecessors, successors and assigns and their officers, directors, employees, agents, representative and any and all other persons acting on their behalf.

5. At all times mentioned herein, BOSTON SCIENTIFIC CORPORATION conducted regular and sustained business in Oregon by selling and distributing its products in Oregon.

6. Upon information and belief, Defendant DOE 1 is a manufacturer, person, agent, servant, employee, corporation, partnership or other business entity whose true name is unknown by Plaintiffs at the present time. Plaintiffs allege, upon information and belief, that, at all times mentioned herein, DOE 1 conducted regular and sustained business in Oregon by selling and distributing its products in Oregon to subject them to the jurisdiction of this court. Each defendant has negligently assisted the named defendant in carrying out the allegations as set forth below. Alternatively, DOE 1 was an agent or servant of BOSTON SCIENTIFIC CORPORATION, and was acting within the course and scope of its employment and/or agency at the times alleges herein. If and when the true identities of such person, servant, employee,

Law Offices of Melinda M. Brown
419 Main St. · Klamath Falls, OR 97601
Phone: (541) 884-4100 · Fax: (541) 884-4600
attorneybrown@aol.com

corporation, partnership or other business entity becomes known to Plaintiffs, they will seek leave of the Court to amend the Complaint to reflect such true names together with appropriate allegations.

7. BOSTON SCIENTIFIC CORPORATION and DOE 1 designed, researched, developed, manufactured, tested, marketed, advertised, promoted, distributed, and sold Advanced Bionics spinal cord stimulator and battery (hereinafter collectively named "stimulator"). Such stimulator purports to be a device surgically placed under the patient's skin to send a mild electric current to the spinal cord to control or relieve chronic pain. The defendants have a duty to design, manufacture, market, and sell the stimulator in a way that is safe for patients.

8. On or about April 3, 2009, Plaintiff JOHN GILLMAN was implanted with a stimulator. Shortly thereafter, such stimulator failed, malfunctioned, was/became defective and/or failed to work properly. Since shortly after such implantation, and continuing, Plaintiff JOHN GILLMAN suffered severe persistent pain, burning sensations, numbness, loss of sleep, and mental and emotional distress. Surgery is required to remove such device.

9. At all times mentioned herein, the stimulator was widely advertised and promoted by defendants as a safe and effective treatment for chronic pain. The stimulator was unsafe for its intended use.

## FIRST CAUSE OF ACTION

## STRICT PRODUCTS LIABILITY

10. Plaintiff JOHN GILLMAN hereby realleges paragraphs 1 through 9 above.

11. Defendants were the producers, manufacturers, sellers, and distributors of the defective stimulator. The exposure to risk of injury outweighed any benefit from its use. The stimulator was defective because it failed and/or malfunctioned and did not perform in a safe

Law Offices of Melinda M. Brown
419 Main St. · Klamath Falls, OR 97601
Phone: (541) 884-4100 · Fax: (541) 884-4606
attorneybrown@aol.com

manner. Defendants violated their duty to provide a safe product to Plaintiff.

WHEREFORE Plaintiffs pray for a judgment against Defendants as hereinafter set forth.

## SECOND CAUSE OF ACTION

## NEGLIGENCE

12. Plaintiff hereby realleges each and every paragraph above.

13. Defendants had a duty to exercise reasonable care in the research, development, design, manufacture, testing, marketing, advertising, promotion, sale and distribution of the stimulator.

14. Defendants failed to exercise ordinary care in the research, development, design, manufacture, testing, marketing, advertising, promotion, sale and distribution of the stimulator.

15. Defendants knew that the failure, malfunction, defectiveness, and/or lack of functioning of a stimulator created a high risk of dangerous side effects.

16. Defendants failed to use due care in care in the research, development, design, manufacture, testing, marketing, advertising, promotion, sale and distribution of the stimulator.

17. As a direct result of the negligence of defendants, Plaintiff sustained injuries.

WHEREFORE Plaintiffs pray for a judgment against Defendants as hereinafter set forth.

## THIRD CAUSE OF ACTION

## LOSS OF CONSORTIUM

18. Plaintiffs hereby realleges each and every paragraph above.

19. At all times material herein, the Plaintiffs were married and that the Plaintiffs continue to be married.

20. As a result of the wrongful and negligent acts of the Defendants, the Plaintiffs were caused to suffer, and will continue to suffer in the future, loss of consortium, loss of

**Law Offices of Melinda M. Brown**
**419 Main St. · Klamath Falls, OR 97601**
**Phone: (541) 884-4100 · Fax: (541) 884-4606**
**attorneybrown@aol.com**

society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship.

21. All the aforesaid injuries and damages were caused solely and proximately by the negligence of the Defendants.

WHEREFORE Plaintiffs pray for a judgment against Defendants as hereinafter set forth.

**FOURTH CAUSE OF ACTION**

**BREACH OF IMPLIED WARRANTY**

22. Plaintiff hereby realleges each and every paragraph above.

23. Defendants impliedly warranted that their stimulator was merchantable and safe and fit for use and was free of design or manufacturing or distributing defects. They further impliedly warranted that their stimulator would provide relief from chronic pain. Said product was not free of such defects and caused pain and injury to Plaintiff as set forth above.

24. The Stimulator was defective, unmerchantable, and unfit for ordinary use when sold and/or implanted and subjected plaintiff to severe and permanent injuries. Therefore, the defendants breached the implied warranties of merchantability and fitness for a particular use when the stimulator was defective, malfunctioned, and/or failed to work properly.

WHEREFORE Plaintiffs pray for a judgment against Defendants as hereinafter set forth.

**FIFTH CAUSE OF ACTION**

**BREACH OF EXPRESS WARRANTY**

25. Plaintiff hereby realleges each and every paragraph above.

26. Defendants expressly warranted to plaintiff and/or his authorized agents, in publications and other communications intended for medical patients, and the general public, that the stimulator was safe, effective, fit, and proper for its intended use.

Law Offices of Melinda M. Brown
419 Main St. · Klamath Falls, OR 97601
Phone: (541) 884-4100 · Fax: (541) 884-4600
attorneybrown@aol.com

27. Plaintiff and his physician reasonably relied upon the skill and judgment of defendants and, upon said express warranty, in using stimulator. The warranty and representations were untrue in that the product caused severe pain and injury to plaintiff and was unsafe and therefore unsuited for the use in which it was intended and caused plaintiff to sustain damages and injury.

WHEREFORE Plaintiffs pray for a judgment against Defendants as hereinafter set forth.

**SIXTH CAUSE OF ACTION**

**NEGLIGENT MISREPRESENTATION**

28. Plaintiff hereby realleges each and every paragraph above.

29. At all times relevant herein, the defendants represented to plaintiff and his physicians that the stimulator was safe for use in relieving chronic pain, knowing that the stimulators could be defective and/or malfunction and were capable of causing the injuries described herein.

30. The defendants made the aforesaid representations with no reasonable ground for believing them to be true when the data readily available to defendants, and upon information and belief directly available to defendants in the form of adverse reports specifically related to the stimulators showed stimulators to be defective and dangerous when used in the intended manner.

31. The aforesaid representations were made to the physicians prescribing and implanting the stimulators prior to the date they were prescribed and implanted in plaintiff with the intent that plaintiff and his physicians did reasonably rely upon such misrepresentations about the safety and efficacy of the stimulator. Plaintiff and his physician did reasonably rely upon such representations that the aforesaid product was safe for use for relieving chronic pain.

32. The representations by the defendants to plaintiff were false and thereby caused

**Law Offices of Melinda M. Brown**
**419 Main St. · Klamath Falls, OR 97601**
**Phone: (541) 884-4100 · Fax: (541) 884-4600**
**attorneybrown@aol.com**

plaintiff's injuries described herein.

WHEREFORE Plaintiffs pray for a judgment against Defendants as hereinafter set forth.

**SEVENTH CAUSE OF ACTION**

**FAILURE TO WARN**

33. Plaintiff hereby realleges each and every paragraph above.

34. At all times mentioned herein, the Stimulator was and is dangerous and presented a substantial danger to patients who were implanted with the stimulator, and these risks and dangers were known or knowable to defendants at the time of distribution and implantation into plaintiff. Ordinary consumers would not have recognized the potential risks and dangers stimulators posed because the stimulator's use was specifically promoted to improve pain in such patients. The stimulator was used by plaintiff in a way reasonably foreseeable to the defendants. The defendants failed to provide warning of such risks and dangers to plaintiff and his medical providers.

WHEREFORE Plaintiffs pray for a judgment against Defendants as hereinafter set forth.

**DAMAGES**

WHEREFORE Plaintiff pray for a Judgment against Defendants on each of the above-references claims and causes of action as follows:

1. For Plaintiff, JOHN GILLMAN, General (non-economic) damages for the past and future damages, including but not limited to pain and suffering for severe and permanent personal injuries sustained by Plaintiff, in the amount of Two Million Dollars ($2,000,000.00).

2. For Plaintiff, JOHN GILLMAN, economic damages for the past and future medical bills in the amount of Five Hundred Thousand Dollars ($500,000.00).



**Law Offices of Melinda M. Brown**
**419 Main St. · Klamath Falls, OR 97601**
**Phone: (541) 884-4100 · Fax: (541) 884-4600**
**attorneybrown@aol.com**

3. For Plaintiff, BEN DERVIES, General (non-economic) damages for loss of consortium in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00).

4. For both Plaintiffs, Prejudgment interest as provided by law;

5. For both Plaintiffs, All costs of suit incurred herein;

6. For both Plaintiffs, reasonable attorneys' fees; and

7. For both Plaintiffs, Such other and further relief as this Court may deem just and proper.

Dated this 1st day of April, 2011.

for Jennifer Schade

MELINDA M. BROWN, OSB No. 00217
Attorney for Plaintiffs
JOHN GILLMAN and BEN DEVRIES

Law Offices of Melinda M. Brown
419 Main St. · Klamath Falls, OR 97601
Phone: (541) 884-4100 · Fax: (541) 884-4600
attorneybrown@aol.com

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF KLAMATH

| | |
|---|---|
| JOHN GILMAN and BEN DEVRIES,<br>Plaintiff,<br>v.<br>BOSTON SCIENTIFIC CORPORATION, a Massachusetts Corporation, and DOE 1,<br>Defendants. | Case No. 11-01195CV<br><br>**SUMMONS** |

**TO:** BOSTON SCIENTIFIC CORPORATION,
285 Liberty St. NE
Salem, OR 97301

You are hereby required to appear and defend the complaint filed against you in the above-entitled action with thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll free in Oregon at (800) 452-7636.

for MELINDA M. BROWN, OSB#00217
Attorney for Plaintiff
419 Main St.
Klamath Falls, OR 97601
Phone: (541)884-4100
Fax: (541)884-4600
Email: attorneybrown@aol.com

STATE OF OREGON, County of Klamath ) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

for MELINDA M. BROWN, Attorney for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are herby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons as directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto

for MELINDA M. BROWN, Attorney for Plaintiff

EXHIBIT 2
Page 1 of 1

HCH 6/07/11 4:48 PM

Case Register........ Klamath County Circuit Court Status Open
Case#...... 1101195CV Gillman John/Boston Scientific Corporati
Civil Tort: Products liability

| | | | |
|---|---|---|---|
| Case Filed Date..... | 4/01/11 | Starting Instrument.. | Complaint |
| Case Started Date... | 4/01/11 | Originating From..... | Original filing |
| At Issue Date....... | | Previous Court....... | |
| First Setting Date.. | | Previous Court Case#. | |
| Trial Scheduled Date | | Master Case Number... | |
| Trial Start Date.... | | Relation to Master... | |
| Length of Trial..... | | Amount Prayed for.... | $2,750,000.00 |
| Disposition Date.... | | Termination Stage.... | |
| Final Order Date.... | | Termination Type..... | |
| Reinstated Date..... | | | |

Judgment Type........
Judgment Status......
Judgment Volume/Page.

| | ROLE | PLAINTIFF | ATTORNEY |
|---|---|---|---|
| 1 | Plaintiff | Gillman John | Brown Melinda M |
| 2 | Plaintiff | Devries Ben | Brown Melinda M |

| | ROLE | DEFENDANT | ATTORNEY |
|---|---|---|---|
| 1 | Defendant | Boston Scientific Corporation | |

| | ROLE | OTHER PEOPLE | ATTORNEY |
|---|---|---|---|
| 1 | Judge | Osborne Assigned | |

| | ENTER DT | FILE DT | EVENT/FILING/PROCEEDING | SCHD DT | TIME | ROOM |
|---|---|---|---|---|---|---|
| 1 | 4/01/11 | 4/01/11 | Complaint | | | |
| 2 | 5/27/11 | 5/27/11 | Return of Service | | | |
| | | | DEF 1 Boston Scientific Corpo | | | |
| | | 5/18/11 | Served | | | |

******** END OF DATA ********

EXHIBIT 3
Page 1 of 1

Robert L. Cowling, OSB No. 650257
Internet E-mail address: rlc@roguelaw.com
Eric B. Mitton, OSB No. 065925
Internet E-mail address: ebm@roguelaw.com
Hornecker, Cowling, Hassen & Heysell, LLP
717 Murphy Rd.
Medford, OR 97504
Telephone: 541-779-8900
Fax: 541-779-2982
Attorney(s) for: Defendant, Boston Scientific Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOHN GILLMAN and BEN DEVRIES,

Plaintiffs,

v.

BOSTON SCIENTIFIC CORPORATION, a Massachusetts Corporation, and DOE 1,

Defendants.

Case No.

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

---

TO PLAINTIFFS JOHN GILLMAN AND BEN DEVRIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Boston Scientific Corporation filed a Notice of Removal of this action in the United States District Court for the District of Oregon on June ___, 2011, under Federal Case No. __________.

A copy of the Notice of Removal filed in the Office of the Clerk of the United States District Court for the District of Oregon, dated June ___, 2011, is attached. A copy of this

Page - 1 NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
H:\USER\FILES\29988-001\Notice to Adv party re removal.doc

HORNECKER, COWLING, HASSEN & HEYSELL, LLP
717 Murphy Road
Medford, OR 97504
541-779-8900

EXHIBIT 4
Page 1 of 3

Notice has also been filed with the Clerk of the Klamath County Circuit Court of the State of Oregon.

Dated this ____ day of June, 2011.

ERIC B. MITTON, OSB No. 065925
Of Attorneys for Defendant Boston Scientific Corporation
ROBERT L. COWLING, OSB No. 650257
Trial Attorney
Fax 541-779-2982
rlc@roguelaw.com;ebm@roguelaw.com

Page - 2 NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
H:\USER\FILES\29988-001\Notice to Adv party re removal.doc

HORNECKER, COWLING, HASSEN & HEYSELL, LLP
717 Murphy Road
Medford, OR 97504
541-779-8900

EXHIBIT 4
Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on the _____ day of June, 2011, I caused the foregoing NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT to be served on each of the parties listed below:

Melinda M. Brown, AAL
419 Main Street
Klamath Falls, OR 97601
Fax. No.: 541-884-4600

□ By facsimile.

□ By depositing said true copy in the United States Post Office at Medford, Oregon, in a sealed envelope with postage fully prepaid thereon, addressed to the following and that between the same post office and the address to which said copy was mailed, there is a regular communication by U.S. Mail.

□ By causing to be hand-delivered to the regular office of that party's attorney, a true copy thereof.

□ By sending a true copy thereof via overnight courier in a sealed, prepaid envelope, to the regular office of that party's attorney.

_______________________________
ERIC B. MITTON, OSB No. 065925
Of Attorneys for Defendant

**HORNECKER, COWLING, HASSEN & HEYSELL, LLP**
717 Murphy Road
Medford, OR 97504
541-779-8900

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF KLAMATH

| | |
|---|---|
| JOHN GILLMAN and BEN DEVRIES,<br>Plaintiffs,<br>vs.<br>BOSTON SCIENTIFIC CORPORATION, a Massachusetts corporation, and DOE 1,<br>Defendants. | Case No. 11-01195CV<br>NOTICE THAT ACTION HAS BEEN REMOVED |

1.

Pursuant to 28 U.S.C. § 1446(a), Defendant Boston Scientific Corporation filed a Notice of Removal in the United States District Court for the District of Oregon on June ___ 2011. A file-stamped copy of that Notice is attached as Exhibit 1.

2.

The filing of this copy of the Notice effects removal of this case, and, pursuant to 28 USC § 1446(d), "the State court shall proceed no further unless and until the case is remanded."

Dated this ____ day of June, 2011.

______________________________
ERIC B. MITTON, OSB No. 065925
Of Attorneys for Defendant Boston Scientific Corporation
ROBERT L. COWLING, OSB No. 650257
Trial Attorney
Fax 541-779-2982
rlc@roguelaw.com;ebm@roguelaw.com

HORNECKER, COWLING, HASSEN & HEYSELL, LLP
717 Murphy Road
Medford, OR 97504
541-779-8900

EXHIBIT 5
Page 1 of 2

# CERTIFICATE OF SERVICE

I certify that on the _____ day of June, 2011, I caused the foregoing NOTICE THAT ACTION HAS BEEN REMOVED to be served on each of the parties listed below:

Melinda M. Brown, AAL
419 Main Street
Klamath Falls, OR 97601
Fax. No.: 541-884-4600

- ☐ By facsimile.
- ☐ By depositing said true copy in the United States Post Office at Medford, Oregon, in a sealed envelope with postage fully prepaid thereon, addressed to the following and that between the same post office and the address to which said copy was mailed, there is a regular communication by U.S. Mail.
- ☐ By causing to be hand-delivered to the regular office of that party's attorney, a true copy thereof.
- ☐ By sending a true copy thereof via overnight courier in a sealed, prepaid envelope, to the regular office of that party's attorney.

_______________________________
ERIC B. MITTON, OSB No. 065925
Of Attorneys for Defendant

HORNECKER, COWLING, HASSEN & HEYSELL, LLP
717 Murphy Road
Medford, OR 97504
541-779-8900

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of June, 2011, I caused the foregoing NOTICE OF REMOVAL to be served on each of the parties listed below:

Melinda M. Brown, AAL
419 Main Street
Klamath Falls, OR 97601
Fax. No.: 541-884-4600

☑ By facsimile.

☑ By depositing said true copy in the United States Post Office at Medford, Oregon, in a sealed envelope with postage fully prepaid thereon, addressed to the following and that between the same post office and the address to which said copy was mailed, there is a regular communication by U.S. Mail.

☐ By causing to be hand-delivered to the regular office of that party=s attorney, a true copy thereof.

☐ By sending a true copy thereof via overnight courier in a sealed, prepaid envelope, to the regular office of that party=s attorney.

ERIC B. MITTON, OSB No. 065925
Of Attorneys for Defendant

**HORNECKER, COWLING, HASSEN & HEYSELL, LLP**
717 Murphy Road
Medford, OR 97504
541-779-8900