IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN GILLMAN; and BEN DEVRIES,

        1:11-cv-3067-CL

     Plaintiffs,

v.                  **ORDER**

BOSTON SCIENTIFIC CORPORATION;
and DOE 1,

     Defendants.

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no
objections have been filed, this court reviews the legal
principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d
1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error in
the Report and Recommendation.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#15) is adopted. Defendant's motion to dismiss (#13) is GRANTED. This case is dismissed with prejudice.

IT IS SO ORDERED.


DATED this __/3__ day of March, 2012.

*[signature: Owen M. Panner]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER